UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROY ELIJAH SKILES, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| vs. | ) No. 1:22-cv-01073-JMS-MKK |
| | ) |
| ELIAS REBOLLAR, | ) |
| | ) |
| *Defendant*. | ) |

### FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58

For the reasons set forth in the Court's Order entered this day, the Court now enters **FINAL JUDGMENT** against Plaintiff Roy Elijah Skiles and in favor of Defendant Elias Rebollar, such that Plaintiff shall take nothing by way of his Complaint.

Date: 11/21/2023

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____

Deputy Clerk, U.S. District Court

**Distribution via ECF to all counsel of record.**

**Distribution via United States Mail to:**

Roy Elijah Skiles
17381 Cayuga Dr., Apt E
Westfield, IN 46074